# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL MILLER, | : | |
|     Plaintiff, | : | No. 5:24-CV-05338-JFL |
| | : | |
| v. | : | Judge Joseph F. Leeson, Jr. |
| | : | |
| COUNTY OF LANCASTER, *et al.*, | : | |
|     Defendants | : | |

## **ORDER**

AND NOW, on this  31st  day of   October    2024, upon consideration of Defendants' Motion for Extension of Time to File a Response to *Pro Se* Plaintiff's Amended Complaint (Doc. No. 4), and for good cause shown, IT IS ORDERED THAT Defendants' Motion for Extension of Time, ECF 13, is GRANTED, and Defendants shall file a response to Plaintiff's Amended Complaint on or before November 20, 2024.

                                                        /s/ Joseph F. Leeson, Jr.  
                                                        The Honorable Joseph F. Leeson, Jr.  
                                                         United States District Judge