# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this date a true and correct copy of the foregoing document was served on Plaintiff through electronic filing and email at the following address:

Michael Miller
108 North Reading Road, Ste. F, 246
Ephrata, PA 17522
reaganfive@protonmail.com

*Pro se Plaintiff*

Respectfully submitted,

McNEES WALLACE & NURICK LLC

By: _____
Sarah Hyser-Staub, PA ID 315989
Lauren Anthony, PA ID 324557
100 Pine Street
P.O. Box 1166
Harrisburg, PA 17108-1166
(717) 232-8000
sstaub@mcneeslaw.com
lanthony@mcneeslaw.com

Dated: November 20, 2024          *Attorneys for Defendant*