UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL MILLER,<br>          Plaintiff,<br><br>    v.<br><br>COUNTY OF LANCASTER, *et al.*,<br>          Defendants. | :<br>:<br>:<br>:   No. 5:24-cv-5338<br>:<br>:<br>: |

**O R D E R**

**AND NOW**, this 10th day of December, 2024, upon consideration of Plaintiff's Motion for Leave to File a Surreply Brief, **IT IS HEREBY ORDERED THAT**:

1. The Motion, ECF No. 21, is **GRANTED.**

2. The Clerk of Court is directed to **DOCKET** Exhibit A to the Motion, *see* ECF No. 21-1, as Plaintiff's Surreply to the Motion to Dismiss Plaintiff's Amended Complaint at ECF No. 17.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge