UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

MICHAEL MILLER, :
          Plaintiff, :
 :
v. : No. 5:24-cv-5338
 :
COUNTY OF LANCASTER, *et al.*, :
          Defendants. :

# O R D E R

**AND NOW**, this 19th day of December, 2024, upon consideration of Plaintiff's Motion for Judicial Notice, ECF No. 27, **IT IS HEREBY ORDERED THAT**:

The Motion, ECF No. 27, is **DISMISSED.**[1]

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge

---

[1] Plaintiff's Motion for Judicial Notice asks that this Court take judicial notice of the complete docket and filings in two related cases: *Miller v. Cnty. of Lancaster*, No. 1:24-CV-00014 (M.D. Pa.), and its appeal *Miller v. Cnty. of Lancaster*, No. 24-2934 (3d Cir.). Notwithstanding this Court's dismissal of this Motion, the Court notes that it can and will take judicial notice of the contents of another court's docket, where appropriate, including but not limited to the matters Plaintiff cites in his Motion. *See Orabi v. Att'y Gen. of the U.S.*, 738 F.3d 535, 537 n.1 (3d Cir. 2014); *see also FCS Cap. LLC v. Thomas*, 579 F. Supp. 3d 635, 647 (E.D. Pa. 2022). For that reason, this Order does not serve as an invitation for further motions directing the Court's attention to various pleadings or related matters to which this Court already has access and the authority to take judicial notice thereof. Insofar as any party wishes to reference these matters in his arguments, he should do so in his briefing and not motions practice.