IN THE DISTRICT COURT OF THE UNITED STATES
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL MILLER<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF LANCASTER, *et al.*,<br><br>Defendants. | Civ. No.: 5:24-cv-05338-JFL<br><br>Judge Joseph F. Leeson, Jr. |

# NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Plaintiff Michael Miller hereby appeals to the United States Court of Appeals for the Third Circuit from the Order entered in this action on March 7, 2025 (Doc. 36), granting in part and denying in part Defendants' Motion to Dismiss and dismissing Plaintiff's claims.

Plaintiff appeals the entirety of the March 7, 2025, Order, including but not limited to:

1. The dismissal of Counts II, III, IV, V, VI, and XII with prejudice for failure to state a claim.

2. The dismissal of Counts I, IX, X, and XI without prejudice for failure to state a claim.

3. The dismissal of Counts V and VI for lack of subject matter jurisdiction.

1

4. The court's refusal to exercise supplemental jurisdiction over Counts VII and VIII.

5. Any and all adverse rulings contained within the court's March 7, 2025, Order.

6. Plaintiff waives no rights.

Respectfully submitted,

*/s/ Michael Miller*
Michael Miller
108 N. Reading Road, F, 246
Ephrata, Pennsylvania 17522
reaganfive@protonmail.com
717-388-1063

Dated: March 10, 2025

# CERTIFICATE OF SERVICE

I hereby certify that I caused to be served by e-filing a true and correct copy of the foregoing document to the following:

        Sarah Hyser-Staub PA I.D. No. 315989
        Lauren Anthony, PA I.D. No. 324557
        100 Pine Street
        P.O. Box 1166
        Harrisburg, PA 17108-1166
        717-232-8000
        sstaub@mcneeslaw.com
        lanthony@mcneeslaw.com

        *Attorneys for Defendants*

Respectfully Submitted,

*/s/ Michael Miller*
Michael Miller
108 N. Reading Rd., Ste F, 246
Ephrata, Pennsylvania 17522
717-388-0163
Dated: March 10, 2025    reaganfive@protonmail.com