**[Clerks Office Only]**
Name:
Michael Miller
Email Address:
reaganfive@protonmail.com
Phone Number
717-388-0163
Are you filing a new case?
No, I'm not filing a new case.
Case Caption
Miller v. County of Lancaster, et. al
Case Number
5:24-cv-05338
Description of Document(s)
Plaintiff's Motion for Vacatur of Order (Doc. 36)
Terms of Submission
Yes
Do you have a mailing address?
Yes
Select 'Yes' if you do not have a mailing address.
Mailing Address Line 1
108 North Reading Road, Suite F, 246
Mailing Address Line 2
City:
Ephrata
State:
Pennsylvania
Zip Code:
17522
Other

Hide empty values