IN THE DISTRICT COURT OF THE UNITED STATES
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL MILLER<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF LANCASTER, *et al.*,<br><br>Defendants. | Civ. No.: 5:24-cv-05338-JFL<br><br>Judge Joseph F. Leeson, Jr. |

# NOTICE OF CONTROLLING AUTHORITY

Plaintiff Michael Miller respectfully submits the following controlling authorities in support of his pending Motion to Clarify and Correct Misapplication of Rule 12(b)(1) and Rule 12(b)(6) Standards, filed March 24, 2025.

These authorities directly govern the proper analysis of facial jurisdictional challenges, Rule 12(b)(6) motions, the application of Rule 12(d), and the duty of federal courts to adjudicate constitutional claims when properly pleaded:

---

1. ***Mortensen v. First Fed. Sav. & Loan Ass'n,***

    549 F.2d 884, 891 (3d Cir. 1977)

    A facial challenge under Rule 12(b)(1) must be assessed using the same

standard as Rule 12(b)(6). The court must accept all allegations as true and may not resolve factual disputes.

2. ***Zwickler v. Koota,***

    389 U.S. 241, 248–50 (1967)

    Federal courts may not decline jurisdiction over properly pleaded constitutional claims, nor avoid review by asserting that alternative state forums are available. Delay or abstention may itself chill the constitutional rights asserted.

3. ***Rose v. Bartle***,

    871 F.2d 331, 340–43 (3d Cir. 1989)

    A court may not convert a Rule 12(b)(6) motion into a motion for summary judgment without notice, and must allow a full opportunity to respond under Rule 12(d).

4. ***Phillips v. Allegheny Cnty.***,

    515 F.3d 224, 233 (3d Cir. 2008)

    In evaluating Rule 12(b)(6) motions, the court must accept all well-pleaded allegations as true and draw all reasonable inferences in the plaintiff's favor. Plausibility does not require likelihood of success.

These authorities are binding or controlling in this Circuit and remain directly applicable to the analysis required in Plaintiff's case.

Respectfully submitted,

*/s/ Michael Miller*
Michael Miller
108 N. Reading Road, F, 246
Ephrata, Pennsylvania 17522
reaganfive@protonmail.com
717-388-1063

Dated: March 24, 2025

# CERTIFICATE OF SERVICE

I hereby certify that I caused to be served by e-filing a true and correct copy of the foregoing document to the following:

                                                  Sarah Hyser-Staub PA I.D. No. 315989
                                                  Lauren Anthony, PA I.D. No. 324557
                                                  100 Pine Street
                                                  P.O. Box 1166
                                                  Harrisburg, PA 17108-1166
                                                  717-232-8000
                                                  sstaub@mcneeslaw.com
                                                  lanthony@mcneeslaw.com

                                                  *Attorneys for Defendants*


                                                  Respectfully Submitted,

                                                  */s/ Michael Miller*
                                                  Michael Miller
                                                  108 N. Reading Rd., Ste F, 246
                                                  Ephrata, Pennsylvania 17522
                                                  717-388-0163
Dated: March 24, 2025                      reaganfive@protonmail.com