IN THE DISTRICT COURT OF THE UNITED STATES
EASTERN DISTRICT OF PENNSYLVANIA

| MICHAEL MILLER | Civ. No.: 5:24-cv-05338 |
|---|---|
| Plaintiff, | Judge Joseph F. Leeson, Jr. |
| v. | |
| COUNTY OF LANCASTER, *et al.*, | |
| Defendants. | |

**[PROPOSED] ORDER**

AND NOW, this ___ day of _____, 2025, upon consideration of Plaintiff's Renewed Motion for Recusal Under 28 U.S.C. § 455(a) and (b)(1), and for good cause shown, it is hereby ORDERED that:

1. The Motion is GRANTED.

2. The Honorable Joseph F. Leeson, Jr. is DISQUALIFIED from further proceedings in this matter pursuant to 28 U.S.C. § 455.

3. The Clerk of Court is directed to reassign this action to a different District Judge in accordance with standard procedures.

4. All proceedings in this case are STAYED pending reassignment.

IT IS SO ORDERED.

BY THE COURT:

1

United States District Judge