**Name:**
**Michael Miller**
**Email Address:**
**reaganfive@protonmail.com**
**Phone Number**
**717-388-0163**
**Are you filing a new case?**
**Yes, I'm filing a new case.**
**Case Caption**
**Miller v. County of Lancaster et al**
**Case Number**
**5:24-cv-05338**
**Description of Document(s)**
**RENEWED MOTION FOR RECUSAL**
**Terms of Submission**
**Yes**
**Do you have a mailing address?**
**Yes**
**Mailing Address Line 1**
**108 North Reading Road, Suite F, 246**
**City:**
**Ephrata**
**State:**
**Pennsylvania**
**Zip Code:**
**17522**

Show empty values