[Clerks Office Only]

Name:

Michael Miller

Email Address:

reaganfive@protonmail.com

Phone Number

Are you filing a new case?

No, I'm not filing a new case.

Case Caption

Michael Miller v County of Lancaster et al

Case Number

5:24-cv-05338-JFL

Description of Document(s)

PLAINTIFF'S NOTICE OF PRESERVATION OF PROCEDURAL AND CONSTITUTIONAL OBJECTIONS

Terms of Submission

Yes

Do you have a mailing address?

Yes

Select 'Yes' if you do not have a mailing address.

Mailing Address Line 1

108 North Reading Road, Suite F, 246

Mailing Address Line 2

City:

Ephrata

State:

Pennsylvania

Zip Code:

17522

**Other**

Hide empty values