IN THE DISTRICT COURT OF THE UNITED STATES

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL MILLER<br><br>*Plaintiff*,<br><br>v.<br><br>COUNTY OF LANCASTER, *et al.*,<br><br>*Defendants*. | Civ. No.: 5:24-cv-05338-JFL<br><br>Judge Joseph F. Leeson, Jr. |

## **PLAINTIFF'S MOTION FOR SUBSTANTIVE ADJUDICATION OF FILINGS**

Plaintiff Michael Miller moves the Court to issue rulings on the merits of all properly filed motions that were previously deferred, dismissed without prejudice, or otherwise not adjudicated. This motion is made under Federal Rule of Civil Procedure 7(b) and Local Civil Rule 7.1, and requests that each motion be addressed on the record, with reasons stated.

### **I. Request for Rulings**

Plaintiff moves the Court to rule on the following motions and filings, all of which remain unresolved on their merits. The Court has not entered an order deciding the legal grounds or relief requested in any of them.

1. ECF No. 39 – Motion to Vacate Order and Clarify Record

2. ECF No. 41 – Motion for Recusal

3. ECF No. 43 – Notice Reserving Objection

4. ECF No. 44 – Motion to Clarify Rule 12(b)(1) and 12(b)(6) Standards

5. ECF No. 46 – Motion to Schedule Rule 16 Conference

6. ECF No. 47 – Motion for Equitable Extension of Time to Amend

7. ECF No. 48 – Motion to Clarify and Correct Record under Rule 52

8. ECF No. 49 – Rule 11 Notice Regarding Defense Misconduct

9. ECF No. 50 – Motion for Supplemental Clarification of Rule 12 Standards

10. ECF No. 51 – Motion for Leave to File Supplemental Brief

11. ECF No. 52 – Motion to Stay or Suspend Deadlines

12. ECF No. 53 – Motion Renewing Recusal

13. ECF No. 54 – Motion to Compel Ruling

14. ECF No. 56 – Supplemental Notice of Procedural Misconduct

15. ECF No. 57 – Notice and Objection to March 28, 2025 Order

16. ECF No. 59 – Notice of Jurisdictional Reinstatement and Preservation

Each of these filings includes a legal basis, cites appropriate rules or precedent, and requests identifiable relief. Most of these motions were filed between March 11 and March 28, 2025, while the Court's March 7 Order (ECF No. 36) remained subject to amendment or appeal. None of them have been addressed on the merits.

## II. Clarification Sought from the Court

Plaintiff requests a clear ruling on each motion, including the legal reasoning. If the Court believes any motion is moot, untimely, or procedurally improper, Plaintiff respectfully asks that the Court explain why. The record should reflect whether and how the Court has adjudicated each motion, in accordance with Rule 7(b)'s requirement that rulings state reasons on the record.

This motion is not a request for reconsideration. It is a request for the first-time adjudication of motions that the judge deferred or dismissed without a ruling.

## III. Request for Timely Action

Because the deadline to amend or appeal is approaching, Plaintiff respectfully requests that the Court rule on these motions noted in section I above within 10 days of filing. This will allow Plaintiff to make informed decisions and preserve his rights on appeal.

## IV. Relief Requested

Plaintiff respectfully requests that the Court:

1. Issue a written order addressing the grounds and requested relief in each of the above filings;

2. Provide a clear and specific explanation for any denial or deferral;

3. Clarify the current status of each motion or request as reflected on the docket;

4. Do so within 10 days to preserve Plaintiff's ability to seek appellate review if necessary.

Respectfully submitted,

*/s/ Michael Miller*
Michael Miller
108 N. Reading Road, F, 246
Ephrata, Pennsylvania 17522
reaganfive@protonmail.com
(717) 388-0163

Dated: July 19, 2025

## CERTIFICATE OF SERVICE

I hereby certify that I caused to be served by e-filing a true and correct copy of the foregoing document to the following:

        Sarah Hyser-Staub PA I.D. No. 315989
        Lauren Anthony, PA I.D. No. 324557
        100 Pine Street
        P.O. Box 1166
        Harrisburg, PA 17108-1166
        717-232-8000
        sstaub@mcneeslaw.com
        lanthony@mcneeslaw.com

        *Attorneys for Defendants*

Respectfully Submitted,

*/s/ Michael Miller*
Michael Miller
108 N. Reading Rd., Ste F, 246
Ephrata, Pennsylvania 17522
(717) 388-0163
reaganfive@protonmail.com

Dated: July 19, 2025