MICHAEL MILLER
*Plaintiff*,

v.

COUNTY OF LANCASTER, *et al*.,
*Defendants*.

Civ. No.: 5:24-cv-05338-JFL

Judge Joseph F. Leeson, Jr.

## NOTICE OF OBJECTION TO ENTRY OF FINAL JUDGMENT WITHOUT RULING

## ON PENDING MOTIONS

Plaintiff respectfully objects to the Court's entry of final judgment without adjudicating the motions and objections preserved in ECF Nos. 65, 66, and 67, each of which raises unresolved issues of judicial impartiality, procedural voidness, and jurisdictional defect. Entry of judgment without resolution of these filings obstructs appellate review, compounds the pattern of evasion previously documented and contravenes the structural obligations of Article III adjudication. Plaintiff preserves all objections to this procedural omission and incorporates the record-based objections set forth in his pending motions by reference.

Respectfully submitted,

*/s/ Michael Miller*
MICHAEL MILLER, Pro Se
108 N. Reading Road, F, 246
Ephrata, Pennsylvania 17522
reaganfive@protonmail.com
(717) 388-0163

Dated: July 27, 2025

1

**CERTIFICATE OF SERVICE**

I hereby certify that I caused to be served by e-filing a true and correct copy of the foregoing

document to the following:

Sarah Hyser-Staub PA I.D. No. 315989
Lauren Anthony, PA I.D. No. 324557
100 Pine Street
P.O. Box 1166
Harrisburg, PA 17108-1166
717-232-8000
sstaub@mcneeslaw.com
lanthony@mcneeslaw.com

*Attorneys for Defendants*

Respectfully Submitted,

*/s/ Michael Miller*
MICHAEL MILLER
108 N. Reading Rd., Ste F, 246
Ephrata, Pennsylvania 17522
(717) 388-0163
reaganfive@protonmail.com

Dated: July 27, 2025