IN THE DISTRICT COURT OF THE UNITED STATES
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL MILLER<br><br>*Plaintiff*,<br><br>v.<br><br>COUNTY OF LANCASTER, *et al.*,<br><br>*Defendants*. | Civ. No.: 5:24-cv-05338-JFL<br><br>Judge Joseph F. Leeson, Jr. |

## **PLAINTIFF'S CLARIFICATION AND SUPPLEMENT TO NOTICE OF INTENT NOT TO AMEND (ECF 70)**

Plaintiff respectfully supplements his *Notice of Intent Not to Amend and Election to Stand on Dismissals* (ECF 70) to remove any possible ambiguity regarding the scope of his election.

In the Court's March 7, 2025 Memorandum and Order (ECF 36), Counts I, VII, VIII, IX, X, and XI were dismissed without prejudice as part of granting Defendants' Motion to Dismiss (ECF 17) under Fed. R. Civ. P. 12(b)(1) and 12(b)(6) on a facial challenge. In ECF 70, Plaintiff expressly waived amendment as to Counts I, IX, X, and XI. By this filing, Plaintiff also waives amendment as to Counts VII and VIII, and confirms that he elects to stand on all claims dismissed without prejudice in ECF 36, including Counts I, VII, VIII, IX, X, and XI.

1

Plaintiff reiterates his request for immediate entry of final judgment under Fed. R. Civ. P. 58(a), (b)(2), and (d).

Respectfully submitted,
*/s/ Michael Miller*
Michael Miller
108 N. Reading Road, F, 246
Ephrata, Pennsylvania 17522
reaganfive@protonmail.com
717-388-0163

Dated: August 8, 2025

## CERTIFICATE OF SERVICE

I hereby certify that I caused to be served by e-filing a true and correct copy of the foregoing document to the following:

                          Sarah Hyser-Staub PA I.D. No. 315989
                          Lauren Anthony, PA I.D. No. 324557
                          100 Pine Street
                          P.O. Box 1166
                          Harrisburg, PA 17108-1166
                          717-232-8000
                          sstaub@mcneeslaw.com
                          lanthony@mcneeslaw.com

                          *Attorneys for Defendants*

                          Respectfully Submitted,

                          */s/ Michael Miller*
                          Michael Miller
                          108 N. Reading Rd., Ste F, 246
                          Ephrata, Pennsylvania 17522
                          717-388-0163
Dated: August 8, 2025          reaganfive@protonmail.com