**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| MICHAEL MILLER, | : | |
| Plaintiff, | : | No. 5:24-CV-05338-JFL |
| | : | |
| v. | : | Judge Joseph F. Leeson, Jr. |
| | : | |
| COUNTY OF LANCASTER, *et al.,* | : | |
| Defendants | : | |

## **ORDER**

AND NOW, on this _____ day of _____ 2025, upon consideration of

*pro se* Plaintiff Michael Miller's "Motion to Compel Disclosure of Representation

and Indemnification Arrangements, or, Alternatively, for Leave to Conduct

Limited Discovery" (Doc. No. 51), as well as Defendants' brief in opposition

thereto, IT IS HEREBY ORDERED THAT the Motion is DENIED.


_____

The Honorable Joseph F. Leeson, Jr.
United States District Judge