# U.S. District Court

## Pennsylvania Eastern - Philadelphia

Receipt Date: Aug 20, 2025 2:32PM

High Time Properties LLC

| Rcpt. No: 20031642 | Trans. Date: Aug 20, 2025 2:32PM | | Cashier ID: #ST (2383) | |
|---|---|---|---|---|
| **CD** | **Purpose** | **Case/Party/Defendant** | **Qty** | **Price** | **Amt** |
| 203 | Notice of Appeal/Docketing Fee | | 1 | 605.00 | 605.00 |

| **CD** | **Tender** | | | **Amt** |
|---|---|---|---|---|
| PC | OTCnet Check | #1087 | 08/20/2025 | $605.00 |
| | | | Total Due Prior to Payment: | $605.00 |
| | | | Total Tendered: | $605.00 |
| | | | Total Cash Received: | $0.00 |

**Comments**: Michael Miller, Appeal, 25-cv-4633

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.