UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

---

MICHAEL MILLER,                                  :
              Plaintiff,                :
                              :
      v.                                       :       No. 5:24-cv-5338
                              :
COUNTY OF LANCASTER,                     :
TAMMY BENDER,                                  :
JACQUELINE PFURSICH,                       :
JOSHUA PARSONS, RAY D'AGOSTINO, :
and CHRISTA MILLER,                         :
              Defendants.           :

---

# **O R D E R**

**AND NOW**, this 10th day of February, 2026, upon consideration of Plaintiff's Renewed

Motion for Recusal, filed July 25, 2025, ECF No. 65; Plaintiff's Motion for Entry of Final

Judgment under Fed. R. Civ. P. 58, filed July 27, 2025, ECF No. 68; Plaintiff's Notice of Intent

Not to Amend and Election to Stand on Dismissals, filed July 29, 2025, ECF No. 70; Plaintiff's

Motion for Entry of Final Judgment following clarification of ECF 70, filed August 8, 2025,

ECF Nos. 71-72; and Plaintiff's subsequently filed Notice of Appeal, *see* ECF No. 74; and for

the reasons set forth in the Court's Orders dated March 18, 2025, March 28, 2025, and July 24,

2025, *see* ECF Nos. 42, 55, 63; **IT IS HEREBY ORDERED THAT:**

1. Plaintiff's Motions, ECF Nos. 65, 68, 71, and 72, are **DISMISSED without
   prejudice**.[1]

---

[1]      To the extent Plaintiff argues for recusal, such request is dismissed for the reasons stated
in the Court's Orders dated March 18, 2025, March 28, 2025, and July 24, 2025. *See* ECF Nos.
42, 55, 63. To the extent Plaintiff indicates that he does not intend to amend his Complaint, as
allowed by the Court in its March 7, 2025 Opinion and Order, and requests that the Court make a
final determination with regard to his claims—i.e., dismiss all claims with prejudice—and close

2.  The Clerk of Court is directed to **send copies** of the Court's Orders dated March 18,

    2025, March 28, 2025, and July 24, 2025, ECF Nos. 42, 55, 63, to Plaintiff along with

    a copy of this Order.

                                    BY THE COURT:


                                    _/s/ Joseph F. Leeson, Jr._____
                                    JOSEPH F. LEESON, JR.
                                    United States District Judge

---

the case, it cannot do so at this time because Plaintiff has appealed the Court's March 7, 2025
decision, *see* ECF No. 74, and such appeal is still pending in the United States Court of Appeals
for the Third Circuit.