**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| MICHAEL MILLER, | : | No. 5:24-cv-05338-JFL |
| Plaintiff, | : | |
| | : | |
| v. | : | (Judge Leeson) |
| | : | |
| COUNTY OF LANCASTER, *et al.*, | : | |
| Defendants. | : | |

## WITHDRAW OF APPEARANCE

Please withdraw the appearance of Lauren Anthony, Esquire, on behalf of

Defendants County of Lancaster, Tammy Bender, Jacqueline Pfursich, Joshua

Parsons, Ray D'Agostino, and Christa Miller, in the above-captioned matter.

Defendants will continue to be represented by Sarah Hyser-Staub, Esquire and

McNees Wallace & Nurick LLC.


Respectfully submitted,

McNEES WALLACE & NURICK LLC

By: _____
     Sarah Hyser-Staub, PA ID 315989
     Lauren Anthony, PA ID 324557
     100 Pine Street
     P.O. Box 1166
     Harrisburg, PA  17108-1166
     (717) 232-8000
     sstaub@mcneeslaw.com
     lanthony@mcneeslaw.com


Date:  March 30, 2026          *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this date a copy of this Motion was served upon all counsel of record via the Court's ECF system.

Respectfully submitted,

McNEES WALLACE & NURICK LLC

By: _____

Sarah Hyser-Staub, PA ID 315989
Lauren Anthony, PA ID 324557
100 Pine Street
P.O. Box 1166
Harrisburg, PA  17108-1166
(717) 232-8000
sstaub@mcneeslaw.com
lanthony@mcneeslaw.com

Date:  March 30, 2026        *Attorneys for Defendants*