UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

MICHAEL MILLER,                                   :
                Plaintiff,            :
                               :
        v.                                        :        No. 5:24-cv-5338
                               :
COUNTY OF LANCASTER,                  :
TAMMY BENDER,                               :
JACQUELINE PFURSICH,                     :
JOSHUA PARSONS, RAY D'AGOSTINO, :
and CHRISTA MILLER,                         :
                Defendants.           :

_____

**O R D E R**

**AND NOW**, this 2nd day of June, 2026, upon consideration of this Court's Order and Opinion dated March 7, 2025, *see* ECF Nos. 35-36, which granted and denied in part Defendants' Motion to Dismiss the Amended Complaint and granted Plaintiff leave to file a second amended complaint; Plaintiff's Notice of Appeal of the Court's March 7, 2025 Order, *see* ECF No. 37; this Court's Order dated March 28, 2025, which suspended Plaintiff's deadline to file a second amended complaint until thirty (30) days from the date of the Third Circuit's order on appeal, *see* ECF No. 55; the Third Circuit's Order dated July 14, 2025, dismissing Plaintiff's appeal for lack of appellate jurisdiction, *see* ECF No. 58; this Court's Order dated July 15, 2025, reminding Plaintiff of his thirty (30) day window, from the date of the Third Circuit's July 14, 2025 Order, to file a second amended complaint, *see* ECF No. 60; Plaintiff's Motions for Entry of Final Judgment, *see* ECF Nos. 68, 71-72; Plaintiff's Notice of Intent Not to Amend and Election to Stand on Dismissals, *see* ECF Nos. 70, 73; Plaintiff's second Notice of Appeal of the Court's March 7, 2025 Order, *see* ECF No. 74; the Third Circuit's Order dated April 30, 2026, dismissing Plaintiff's second appeal for lack of appellate jurisdiction, *see* ECF No. 80; and for the reasons stated in this Court's Opinion dated March 7, 2025; **IT IS HEREBY ORDERED THAT:**

       1.      All federal claims (Counts I–VI and IX–XII) in the Amended Complaint, ECF No. 4, are **DISMISSED with prejudice**, as follows:

a. Count V and VI of the Amended Complaint, ECF No. 4, are **DISMISSED with prejudice** for lack of subject matter jurisdiction and **DISMISSED with prejudice** for failure to state a claim**.**

b. Count X of the Amended Complaint is **DISMISSED with prejudice**, as untimely**.**

c. Counts I, IX, and XI are **DISMISSED with prejudice**, for failure to state a claim.

d. Counts II, III, IV, and XII are **DISMISSED with prejudice**, for failure to state a claim.

2. Having dismissed all federal claims with prejudice, the Court declines to exercise supplemental jurisdiction over the state law claims. Counts VII and VIII of the Amended Complaint, ECF No. 4, are **DISMISSED with prejudice** for lack of jurisdiction.

3. This case is **CLOSED**.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge